UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID & TINA LONG, Individually, and as Natural parent of Tyler Lee Long, Deceased, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 4:10-cv-15-HLM |
| MURRAY COUNTY SCHOOL DISTRICT & GINA LINDER., | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of defendants' Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the civil action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 21st day of May, 2012.

JAMES N. HATTEN
CLERK OF COURT

By: s/J. Acker
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 21, 2012
James N. Hatten
Clerk of Court

By: s/J. Acker
     Deputy Clerk