IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID and TINA LONG, Individually, and as Natural Parents of TYLER LEE LONG, Deceased and TINA LONG, as Personal Representative of the Estate of TYLER LEE LONG, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>MURRAY COUNTY SCHOOL DISTRICT and GINA LINDER, in her individual and official capacity as Principal of Murray County High School,<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action File No.: <br> ) <br> ) 4:10-CV-00015- HLM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF APPEAL

COME NOW Plaintiffs David and Tina Long, and on their behalf and on behalf of the claims of Tyler Lee Long, file this Notice of Appeal.

1

NOTICE is hereby given pursuant to Rule 3 of the Federal Rules of Appellate Procedure that all Plaintiffs hereby appeal to the United States Circuit Court for the Eleventh Circuit from the Order granting all Defendants summary judgment and dismissal and the entry of final judgment following that Order. Such Order and dismissal entered on May 21, 2012 and entered as Doc. 226 and the subsequent Judgment entered as Doc. 227 on May 21, 2012. Appeal is taken on all issues before the District Court and as permitted by law.

Respectfully submitted this 15th day of June, 2012.

/s/ *W. Winston Briggs*
W. WINSTON BRIGGS
State Bar of Georgia No. 081653
SARAH L. ADLE
State Bar of Georgia No. 140966

**W. WINSTON BRIGGS LAW FIRM**
1005C Howell Mill Road
Atlanta, Georgia 30318
404.522.1500 (Telephone)
404.522.2520 (Facsimile)

## CERTIFICATE OF COMPLIANCE

This is to certify that in compliance with the Northern District of Georgia Rules, this pleading is typed in Times New Roman, Font 14.

/s/ *W. Winston Briggs*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Plaintiffs' Notice of Appeal** with the Clerk of Court using the CM/ECF system and thereby notified the following participants:

>Matthew G. Moffett
>Wayne S. Melnick
>Gray, Rust, St. Amand, Moffett & Brieske, LLP
>1700 Atlanta Plaza
>950 East Paces Ferry Road
>Atlanta, GA 30326
>mmoffett@grsmb.com
>wmelnick@grsmb.com
>
>Philip Hartley
>Martha M. Pearson
>Harben, Hartley & Hawkins, LLP
>340 Jesse Jewell Parkway
>Suite 750
>Gainesville, GA 30501
>phartley@hhhlawyers.com
>mpearson@hhhlawyers.com

This the 15th day of June, 2012.

>*/s/ W. Winston Briggs*
>W. WINSTON BRIGGS
>State Bar of Georgia No. 081653
>SARAH L. ADLE
>State Bar of Georgia No. 140966
>*Attorneys for Plaintiffs*

W. Winston Briggs Law Firm
1005C Howell Mill Road
Atlanta, Georgia 30318
(T) 404.522.1500
(F) 404.574.2967