IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DAVID and TINA LONG, Individually, and as Natural Parents of TYLER LEE LONG, Deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 4:10-CV-00015-HLM |
| v. | ) ) | |
| MURRAY COUNTY SCHOOL DISTRICT and GINA LINDER, in her individual and official capacity as Principal of Murray County High School, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' NOTICE OF CROSS-APPEAL

COME NOW Defendants Murray County School District and Gina Linder, in her individual and official capacity as Principal of Murray County High School (hereinafter collectively referred to as "Defendants"), and by and through undersigned counsel and pursuant to Federal Rule of Appellate Procedure 4(a)(3), hereby file this Notice of Cross-Appeal.

Pursuant to Federal Rule of Appellate Procedure 3, Defendants hereby cross-appeal this case, within fourteen (14) days of Plaintiffs filing their Notice of Appeal [Doc. #228], to the United States Circuit Court of Appeals for the Eleventh Circuit from the following Orders:

1. Document #198: Order denying Defendants' Motion to Exclude the Opinions of Plaintiffs' Expert Marc Einhorn [Doc. # 100] and Defendants' Motion to Exclude the Opinions of Plaintiffs' Expert Jason Andrews [Doc. #102]; and that portion of the Order in which the Court denied in part Defendants" Motion to Exclude the Opinions of Plaintiffs' Expert Barbara Coloroso concerning Defendants' anti-bullying policies [Doc. #101] executed and entered on April 18, 2012;

2. Document #225: Order denying Defendants' Motion for Reconsideration [Doc. #224] regarding Order on Motion to Exclude [Doc #198] executed and entered on May 21, 2012; and

3. Document 226: In response to Plaintiffs' Notice of Appeal, to the extent required by any appellate procedural rule in order to preserve the right to argue additional reasons for affirming the District Court's Order granting Defendants' Motion for Summary Judgment, those portions of the Order granting

summary judgment [Doc. #107] finding that there were disputed material issues of fact. Specifically, Defendants appeal only the following sections of that Order: § III.B.2., § III.B.3. and § III.B.4.

Respectfully submitted this 29th day of June, 2012.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP** | **HARBEN, HARTLEY & HAWKINS, LLP** |
| s/Wayne S. Melnick | s/Martha M. Pearson |
| Matthew G. Moffett | Phillip L. Hartley |
| Georgia Bar No. 515267 | Georgia Bar No. 333987 |
| Wayne S. Melnick | Martha M. Pearson |
| Georgia Bar No. 501267 | Georgia Bar No. 569375 |
| 1700 Atlanta Plaza | Wells Fargo Center, Suite 750 |
| 950 East Paces Ferry Road | 340 Jesse Jewell Parkway |
| Atlanta, Georgia 30326 | Gainesville, Georgia 30501 |
| Telephone: (404) 870-7390 | Telephone: (770) 534-7341 |
| *Attorneys for Defendants* | *Attorneys for Defendants* |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| **DAVID and TINA LONG,** ) | |
| **Individually, and as Natural** ) | |
| **Parents of TYLER LEE LONG,** ) | |
| **Deceased,** ) | |
| ) | |
| **Plaintiffs,** ) | **CIVIL ACTION NO.:** |
| ) | **4:10-CV-00015-HLM** |
| **v.** ) | |
| ) | |
| **MURRAY COUNTY SCHOOL** ) | |
| **DISTRICT and GINA LINDER,** ) | |
| **in her individual and official** ) | |
| **capacity as Principal of Murray** ) | |
| **County High School,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day I electronically filed ***DEFENDANTS' NOTICE OF CROSS-APPEAL*** with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing of same to the following:

| | |
|---|---|
| W. Winston Briggs, Esq. | Jonathan Zimring, Esq. |
| wbriggs@winstonbriggslaw.com | zimring@zlawyers.com |

Respectfully submitted this 29th day of June, 2012.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP** | **HARBEN, HARTLEY & HAWKINS, LLP** |
| *s/Wayne S. Melnick* | *s/Martha M. Pearson* |
| Matthew G. Moffett | Phillip L. Hartley |
| Georgia Bar No. 515267 | Georgia Bar No. 333987 |
| Wayne S. Melnick | Martha M. Pearson |
| Georgia Bar No. 501267 | Georgia Bar No. 569375 |
| 1700 Atlanta Plaza | Wells Fargo Center, Suite 750 |
| 950 East Paces Ferry Road | 340 Jesse Jewell Parkway |
| Atlanta, Georgia 30326 | Gainesville, Georgia 30501 |
| Telephone: (404) 870-7390 | Telephone: (770) 534-7341 |
| *Attorneys for Defendants* | *Attorneys for Defendants* |